UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

ELECTRONICALLY
JAN 2 6 2010
FILED

In re: Joseph W. Arriola, Sr.

Case No.     09-53905

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 12/30/09          PETITION DATE: 11/02/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

|   |   | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|   | a. Current Assets | $3,300 | | |
|   | b. Total Assets | $21,550 | | |
|   | c. Current Liabilities | $10,810 | | |
|   | d. Total Liabilities | $10,810 | | |

|   |   | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
|   | a. Total Receipts | $3,300 | | $0 |
|   | b. Total Disbursements | $2,990 | | $0 |
|   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $310 | $0 | $0 |
|   | d. Cash Balance Beginning of Month | $1,500 | | $0 |
|   | e. Cash Balance End of Month (c + d) | $1,810 | $0 | $0 |

|   |   | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $10,810 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $6,846 | | |

At the end of this reporting month:                                    Yes       No
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                ___       X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                ___       X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   N/A   N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)   ___   X
12. Is the estate insured for replacement cost of assets and for general liability?   X   ___
13. Are a plan and disclosure statement on file?   ___   X
14. Was there any post-petition borrowing during this reporting period?   ___   X

15. Check if paid: Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees ___ ;   Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 1/20/2010 0:00

Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended __12/30/09__

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) |  | $3,300 |
| 2 | Accounts receivable (net) |  |  |
| 3 | Retainer(s) paid to professionals |  |  |
| 4 | Other: _____ |  |  |
| 5 | _____ |  |  |
| 6 | **Total Current Assets** |  | $3,300 |
|  | **Long Term Assets (Market Value)** |  |  |
| 7 | Real Property (residential) |  |  |
| 8 | Real property (rental or commercial) |  | $2,500 |
| 9 | Furniture, Fixtures, and Equipment |  |  |
| 10 | Vehicles |  |  |
| 11 | Partnership interests |  |  |
| 12 | Interest in corportations |  |  |
| 13 | Stocks and bonds |  |  |
| 14 | Interests in IRA, Keogh, other retirement plans |  |  |
| 15 | Other: Pontoon |  | $15,000 |
| 16 | Wearing Apparel |  | $750 |
| 17 | **Total Long Term Assets** |  | $18,250 |
| 18 | **Total Assets** |  | $21,550 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 19 | Post-petition not delinquent (under 30 days) |  |  |
| 20 | Post-petition delinquent other than taxes (over 30 days) |  | $6,846 |
| 21 | Post-petition delinquent taxes |  |  |
| 22 | Accrued professional fees |  | $3,964 |
| 23 | Other: _____ |  |  |
| 24 | _____ |  |  |
| 25 | **Total Current Liabilities** |  | $10,810 |
| 26 | **Long-Term Post Petition Debt** |  |  |
| 27 | **Total Post-Petition Liabilities** |  | $10,810 |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 28 | Secured claims (residence) |  |  |
| 29 | Secured claims (other) |  |  |
| 30 | Priority unsecured claims |  |  |
| 31 | General unsecured claims |  |  |
| 32 | **Total Pre-Petition Liabilities** |  | $0 |
| 33 | **Total Liabilities** |  | $10,810 |
|  | **Equity (Deficit)** |  |  |
| 34 | **Total Equity (Deficit)** |  |  |
| 35 | **Total Liabilities and Equity (Deficit)** |  | $10,810 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   12/30/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $3,300 | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $3,300 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | $363 | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $1,483 | |
| 33 | Groceries | $229 | |
| 34 | Auto & Ins Expense | $67 | |
| 35 | Assoc Fees | $355 | |
| 36 | Personal Expense | $493 | |
| 37 | **Total Cash Disbursements:** | $2,990 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $310 | $0 |
| 39 | **Cash Balance, Beginning of Period** | $1,500 | |
| 40 | **Cash Balance, End of Period** | $1,810 | $0 |

Revised 1/1/98

# CHECK AND DEPOSIT REGISTER

| DATE | TRANSACTION DESCRIPTION | CHECK NO. | DISCOUNT | AMOUNT OF CHECK | ✓ | DATE OF DEPOSIT | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | TOTALS BROUGHT FORWARD 12-8-09 opened DIP Acct. | | | BALANCE BROUGHT FORWARD | | | | 1500 00 |
| 12/06 | Idlewild Riverfront Assoc. | 12/10 | | 354 69 | ✓ | | | 1145 31 |
| 12/07 | Southwest Gas Corp (T-Cabin) | 12/10 | | 52 77 | ✓ | | | 1092 53 |
| 12/08 | P-G-E (Albion) | 12/10 | | 32 64 | ✓ | | | 1059 33 |
| 12/09 | NV Energy (Condo) | 12/10 | | 110 91 | ✓ | | | 948 11 |
| 12/10 | PG&E (W's Cabin) | 12/10 | | 10 60 | ✓ | | | 937 48 |
| 12/11 | Verizon (CEI Phone) | 12/10 | | 92 98 | ✓ | | | 844 93 |
| 12/12 | Bear Valley Electric Golden State Wtr (Lag. A) | 12/10 | | 31 98 | ✓ | | | 812 44 |
| 12/13 | Reliance | 4813 | | 148 26 | ✓ | | | 613 32 |
| 12/14 | Sears | 4814 | | 120 00 | ✓ | | | 493 20 |
| 12/14 | Waste Management | 4815 | | 74 45 | ✓ | | | 418 75 |
| 12/14 | Dept. of Water - Dwp (Lag.) | 4816 | | 172 42 | ✓ | | | 246 33 |
| 12/14 | Kellogs - (Albion) | 4817 | | 150 22 | ✓ | | | 95 10 |
| 12/19 | Bank Deposit | | | | ✓ | | 1100 00 | 1195 10 |
| 12/18 | Dept of Wildlife | 4918 | | 55 81 | ✓ | | | 1140 55 |
| 12/18 | City of Reno (Condo) | 4819 | | 72 51 | ✓ | | | 1067 73 |
| 12/18 | CSD (BB Blvd) | 4820 | | 40 09 | ✓ | | | 1026 40 |
| 12/18 | Home Depot | 4821 | | 100 08 | ✓ | | | 926 00 |
| 12/18 | Dish Network (Albion) | 4822 | | 19 99 | ✓ | | | 906 00 |
| 12/18 | South Tahoe Refuse Co (T-cabin) | 4823 | | 121 93 | ✓ | | | 784 08 |
| 12/18 | PG&E | 4824 | | 80 96 | ✓ | | | 763 1 |
| 12/21 | Bear Valley Electric (Lag) Golden State Wtr | 4825 | | 31 98 | ✓ | | | 731 1 |

TOTAL(S) THIS PAGE

TOTAL(S) TO DATE

MONTH OF _____    PAGE NO. ____    BY ____

X1231.01 (P2) FRONT (1-99)

# CHECK AND DEPOSIT REGISTER

NEW CKS Starting w/ # 1001

| DATE | TRANSACTION DESCRIPTION | CHECK NO. | DISCOUNT | AMOUNT OF CHECK | √ | DATE OF DEPOSIT | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | TOTALS BROUGHT FORWARD | | | BALANCE BROUGHT FORWARD ▶ | | | | 731 |
| 12/22 | Bank Deposit | √Ø | | | √ | | 1000 00 | 1000 / 1731 |
| 12/22 | DWT ⟨Forest⟩ | √1001 | | 60 64 | √ | | | 61 / 1670 |
| 12/22 | West Man Ins | √1002 | | 12 15 | √ | | | 13 / 1657 |
| 12/22 | PG&E | √1003 | | 40 23 | √ | | | 40 / 1616 |
| 12/22 | Sierra Power ⟨T-cabin⟩ | √1004 | | 14 87 | √ | | | 15 / 1602 |
| 12/22 | PG&E | √1005 | | 07 01 | √ | | | 09 / 1593 |
| 12/22 | AT&T | √1006 | | 65 32 | √ | | | 65 / 1527 |
| 12/22 | Washoe Co. Treasurer ⟨condo⟩ | √1007 | | 362 58 | √ | | | 362 / 1165 |
| 12/28 | Albi's Vet teeth cleaning - Vet | √Ø | | 238 49 | √ | | | 341 / 924 |
| 12/29 | Wendo Market - Food | √Ø | | 85 85 | √ | | | 85 / 839 |
| 12/30 | Wendo candy | √Ø | | 16 99 | √ | | | 118 / 721 |
| 12/30 | Safeway market | √Ø | | 126 58 | √ | | | 127 / 594 |
| 12/30 | Bank Deposit | √Ø | | | √ | | 1200 00 | 1200 / 1794 |

## Monthly Statement(s) for December, 2009

```
                        ACCOUNT:       71008114  12/15/2009
                        DOCUMENT                          4




        JOSEPH W ARRIOLA
        DEBTOR IN POSSESSION                             15
        2855 IDLEWILD DRIVE #118                          1
        RENO  NV  89509                                   3


===================================================================
   Do you have an idea to get the local economy going again or do you want
          to see some ideas?  If so, visit www.fromwoetowhoa.com
===================================================================


===================================================================
                ACHIEVERS CHECKING ACCOUNT 71008114
===================================================================

                            LAST STATEMENT 12/08/09          .00
                                        1 CREDITS       1,500.00
                                        6 DEBITS          331.90
                            THIS STATEMENT 12/15/09     1,168.10

              - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        12/08    1,500.00

              - - - - - - - - - - CHECKS - - - - - - - - - -
 CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
   4807 12/14       52.77    4808*12/14       32.66     4810 12/14       10.60

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

              - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                             DATE         AMOUNT
SIERRA PACIFIC P CHECKPAYMT 4809                       12/11         110.91
GOLDEN STATE WTR CHECKPAYMT 4812                       12/14          31.98
VZ WIRELESS ARC ARC 4811                               12/14          92.98

           - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -
                                    THIS PERIOD        YEAR TO DATE
         NSF PAID ITEM FEE:                .00                 .00
         NSF RETURNED ITEM FEE:            .00                 .00
         OVERDRAFT FEES:                   .00                 .00

                    * * *  C O N T I N U E D  * * *




                            DOCUMENT                          4


        JOSEPH W ARRIOLA
===================================================================
                ACHIEVERS CHECKING ACCOUNT 71008114
===================================================================
              - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
12/08       1,500.00       12/11       1,389.09       12/14       1,168.10
```



Member FDIC  - Equal Housing Lender  – Geographic Restrictions May Apply