# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

ELECTRONICALLY

FEB 2 3 2010

FILED

In re: Joseph W. Arriola, Sr.

Case No. _____ 09-53905 _____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** _01/31/10_          **PETITION DATE:** _11/02/09_

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in __$1__

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $2,578 | | |
| | b. Total Assets | $20,828 | | |
| | c. Current Liabilities | $10,810 | | |
| | d. Total Liabilities | $10,810 | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $6,896 | | $0 |
| | b. Total Disbursements | $6,128 | | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $768 | $0 | $0 |
| | d. Cash Balance Beginning of Month | $1,810 | | $0 |
| | e. Cash Balance End of Month (c + d) | $2,578 | $0 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $10,810 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $6,846 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8.  Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9.  Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | N/A | N/A |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;          U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _2/22/2010 0:00_

_____
Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended**   01/31/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $2,578 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $2,578 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $2,500 |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: Pontoon | | $15,000 |
| 16 | Wearing Apparel | | $750 |
| 17 | **Total Long Term Assets** | | $18,250 |
| 18 | **Total Assets** | | $20,828 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $6,846 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $3,964 |
| 23 | Other: _____ | | |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | $10,810 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $10,810 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | |
| 32 | **Total Pre-Petition Liabilities** | | $0 |
| 33 | **Total Liabilities** | | $10,810 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $10,810 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    01/31/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $6,300 | |
| 6 | Capital Contributions | | |
| 7 | Other Income: Pro Body and Frame | $596 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,896 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | $1,192 | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $2,732 | |
| 33 | Groceries | $650 | |
| 34 | Assoc. Fees | $709 | |
| 35 | Bank Fees | $546 | |
| 36 | Fuel & Personal Expenses | $299 | |
| 37 | **Total Cash Disbursements:** | $6,128 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $768 | $0 |
| 39 | **Cash Balance, Beginning of Period** | $1,810 | |
| 40 | **Cash Balance, End of Period** | $2,578 | $0 |

Revised 1/1/98

## CHECK AND DEPOSIT REGISTER

NEW CKS Starting w/ # 1001

| DATE | TRANSACTION DESCRIPTION | CHECK NO. | DISCOUNT | AMOUNT OF CHECK | ✓ | DATE OF DEPOSIT | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | TOTALS BROUGHT FORWARD | | | BALANCE BROUGHT FORWARD → | | | | 731 |
| 12/22 | Bank Deposit | ✓ | | | ✓ | | 1000.00 | 1731 |
| 12/22 | DWP <Forest> | 1001 | | 60.64 | X | | | 1670 |
| 12/22 | West Man Ins | 1002 | | 12.15 | X | | | 1657 |
| 12/22 | PG&E | 1003 | | 40.22 | X | | | 1616 |
| 12/22 | Sierra Power <T-Cabin> | 1004 | | 14.87 | X | | | 1601 |
| 12/22 | PG&E | 1005 | | 67.01 | X | | | 1533 |
| 12/22 | AT&T | 1005 | | 65.32 | X | | | 1467 |
| 12/22 | Washoe Co. Treasurer <Condo> | 1006 | | 362.58 | X | | | 363 |
| 12/22 | Albi's Vet - teeth cleaning - Vet | 1007 | | 238.48 | X | | | 1104 |
| 12/28 | Menodo Market - Food | ○ | | 85.25 | X | | | 820 |
| 12/29 | Menodo Candy | ○ | | 16.99 | X | | | 826 |
| 12/30 | Safeway Market | ○ | | 136.53 | X | | | 738 |
| 12/30 | Bank Deposit | ○ | | | X | | 1200.00 | 721 |
| 1/ | RFI - Idlewild | 1008 | | 354.69 | X | | | 727 |
| 1/ | Southwest Gas Corp - 1AG | 1009 | | 42.04 | X | | | 594 |
| 1/ | Evergreen - Idlewild | 1010 | | 596.00 | X | | | 1794 |
| 1/6 | Verizon | cc | | 169.02 | X | | | 1439 |
| 1/5 | Save Mart - Groceries | cc | | 108.07 | X | | | 1396 |
| 1/7 | Sierra Car Care - gas | cc | | 20.64 | X | | | 596 |
| 1/7 | Save Mart - Groceries | cc | | 46.41 | X | | | 820 |
| 12/23 | Clarke AM Check Casher | ✓ | | 96.03 | X | | | 720 |
| | | | | | | | | 192 |
| | | | | | | | | 404 |
| | | | | | | | | 413 |
| | | | | | | | | 47 |
| | | | | | | | | 346 |
| | | | | | | | | 97 |
| | | | | | | | | 244 |

TOTAL(S) THIS PAGE
TOTAL(S) TO DATE

MONTH OF ___    PAGE NO. ___    BY ___

X123101 (P3) FRONT (1-99)

# CHECK AND DEPOSIT REGISTER

| DATE | TRANSACTION DESCRIPTION | CHECK NO. | DISCOUNT | AMOUNT OF CHECK | √ | DATE OF DEPOSIT | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | TOTALS BROUGHT FORWARD | | | BALANCE BROUGHT FORWARD ▶ | | | | 249 00 |
| 1/4 | Ret. item | B | | 10 00 | X | | | 10 |
| 1/4 | Everyday charge | B | | 500 | X | | | 2 81 |
| 1/6 | NSF | B | | | | | | 5 |
| 1/7 | Charter Com # 115244 | CC | | 3200 | X | | | 284 00 |
| 1/8 | Bank Deposit | B | | | X | | 1500 — | 3 |
| 1/8 | B. P. Cleaners | CC | | 85 00 | X | | | 249 |
| 1/8 | Sears | 1011 | | 78 65 | X | | | 85 00 |
| 1/8 | Reliance Pro. | 1012 | | 175 00 | X | | | 164 00 |
| 1/8 | Poise | 1013 | | 203 43 | X | | | 160 00 |
| 1/8 | Dish Network  Dec/Jan | 1014 | | 132 02 | X | | | 15 70 |
| 1/8 | Charter Comm.  Bal. due | 1015 | | 224 22 | X | | | 15 85 |
| 1/9 | Heidi's - Bkfst | CC | | 111 60 | X | | | - 175 |
| 1/9 | Erick Schat's Bakkery | CC | | 33 10 | X | | | 141 0 |
| 1/10 | Stater Bros Market | CC | | 28 89 | X | | | - 204 |
| 1/13 | Stater Bros Market | CC | | 156 23 | X | | | 1206 |
| 1/14 | Stater Bros. | CC | | 42 46 | X | | | 133 |
| 1/15 | Bank Deposit | CC | | 58 23 | X | | + 1300 00 | 1013 |
| 1/18 | Stater Bros. | CC | | | X | | | 223 |
| 1/19 | Chevron - Gas | CC | | 19 17 | X | | | 850 |
| 1/19 | AT&T | 1016 | | 25 00 | X | | | - 112 |
| 1/19 | So. Tahoe Refuse Co. Inc. | 1017 | | 32 25 | | | | 733 |
| | | | | 100 00 | | | | |

| | TOTALS THIS PAGE | | | | | | MONTH OF | |
| | TOTALS TO DATE | | | | | | PAGE NO. | BY |

X123101 (P3) FRONT (1-99)

# CHECK AND DEPOSIT REGISTER

| DATE | TRANSACTION DESCRIPTION | CHECK NO. | DISCOUNT | AMOUNT OF CHECK | ✓ | DATE OF DEPOSIT | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | TOTALS BROUGHT FORWARD | | | BALANCE BROUGHT FORWARD ▶ | | | | 1936. |
| | | | | | | | | -23 |
| 1/9 | DISH NETWORK | 1018 ✓ | | 27 72 | | | | 1415 |
| 1/9 | KENGAS | 1019 ✓ | | 200 00 | | | | -200 |
| 1/22 | Bank Deposit | Ø | | | ✓ | | 1200 00 | 1215 |
| | | | | | | | | 1200 |
| 1/20 | Butte Bank | 1020 | | 400 00 | | | | 2415 |
| | | | | | | | | -400 |
| 1/20 | PG+E | 1021 | | 95 99 | | | | 2015 |
| 1/20 | PG+E | 1022 | | 128 99 | | | | -19 6 |
| 1/20 | PG+E | 1023 | | 55 81 | | | | 1800 |
| 1/20 | Bean Valley Elec | 1024 | | 158 14 ✓ | | | | 1744 |
| 1/20 | Bean Valley Elec | 1025 | | 322 13 ✓ | | | | 1585 |
| 1/20 | Bean Valley Elec | 1026 | | 28 95 ✓ | | | | 1262 |
| 1/20 | Bean Valley Elec | 1027 | | 36 91 ✓ | | | | 1233 |
| 1/20 | SEE CK 1010 (This ck Bounced - Pmd paid it on 1/21 so Add This Amount + Fee) | | | | ✓ | | | 1196 |
| | | | | | | | | 596 |
| 1/28 | Bank Deposit | Ø | | | | | 596 81 | 596 |
| 1/27 | Idlewild Riverfront 1 Asse. Gues | 1028 | | 354 69 | | | | 1100 |
| 1/27 | Evergreen Note Servicing | 1029 | | 596 81 | | | 1100 00 | 2892 |
| 1/28 | South Tahoe Public | 1030 | | 300 91 | | | | 2537 |
| 1/28 | Water District Vegas Wata | 1031 | | 200 00 | | | | 1941 |
| 1/28 | Sierra Pacific Power Co. Tahow | 1032 | | 13 84 | | | | 1641 |
| 1/28 | AT+T | 1033 | | 81 57 | | | | 1441 |
| 2/1 | Reliance | c/c | | 230 18 | | | | 1427 |
| 2/1 | Verizon | c/c | | 190 09 | | | | 1345 |
| | | | | | | | | 1345 |
| | | | | | | | | 231 |
| | | | | | | | | 1114 |
| | | | | | | | | 924 |

| | | | | |
|---|---|---|---|---|
| TOTALS THIS PAGE | | | | |
| TOTALS TO DATE | | | | |
| MONTH OF | PAGE NO. | | BY | |

```
FIRST                                      008 00001 01              PAGE:    1
INDEPENDENT      P.O. BOX 11100            ACCOUNT:      71008114    01/15/2010
BANK OF NEVADA   RENO, NEVADA 89510-1100   DOCUMENTS:          23
Member FDIC      (775) 828-2000
Subsidiary of Western Alliance Bancorporation
```

```
        JOSEPH W ARRIOLA                                           15
        DEBTOR IN POSSESSION                                        6
        2855 IDLEWILD DRIVE #118                                   17
        RENO NV  89509
```

===========================================================================
     Do you have an idea to get the local economy going again or do you want
              to see some ideas?  If so, visit www.fromwoetowhoa.com
===========================================================================
***************************************************************************
     Beginning January 1, 2010, your available balance on your overdraft
     protection line will no longer be included in your available checking
        balance on the printed receipt when using the ATM
===========================================================================

                  ACHIEVERS CHECKING ACCOUNT 71008114
===========================================================================
                               LAST STATEMENT 12/15/09         1,168.10
                                       7 CREDITS                7,896.00
                                      48 DEBITS                 6,368.42
                               THIS STATEMENT 01/15/10          2,695.68

- - - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        12/18  1,100.00          12/31  1,200.00          01/08  1,500.00
        12/22  1,000.00          01/07  1,200.00          01/15  1,300.00

- - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                             DATE        AMOUNT
RETURNED CHECK# 1010, NSF                               01/06       596.00

- - - - - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
 1001 12/31    60.64       1010*01/06   596.00        4817 12/23   150.00
 1002 12/30    12.15       1012 01/13   203.43        4818*12/29    55.00
 1003*12/29    40.22       1013*01/13   132.02        4820*01/08    40.04
 1005*12/29    67.01       4806*12/18   354.69        4823 12/28   121.93
 1007*12/30   362.58       4813*12/23   198.26        4824 12/24    20.96
 1009 01/08    42.04       4816 12/23   172.42

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
              * * *  C O N T I N U E D  * * *
```

```
                              008 00001 01                    PAGE:    2
                              ACCOUNT:          71008114  01/15/2010
                              DOCUMENTS:             23
```

JOSEPH W ARRIOLA

```
=================================================================
                ACHIEVERS CHECKING ACCOUNT 71008114
=================================================================
              - - - - - - - - OTHER DEBITS - - - - - - - -
```

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| CLARKE AMERICAN CHK ORDER Z1QK31841031400 | 12/23 | 96.03 |
| Purchase ANIMAL MEDICAL CLINIC 530-3431234 CA 3693 | 12/29 | 273.43 |
| MERCHANT PAYMENT HARVEST AT MENDO 10501 LANSING ST. MENDOCINO CA 3369 | 12/30 | 85.85 |
| MERCHANT PAYMENT SAFEWAY STORE 660 SOUTH MAIN FORT BRAGG CA 3369 | 12/30 | 126.58 |
| RETURNED ITEM CHARGE | 01/04 | 10.00 |
| Purchase MENDOCINO CHOCOLATE MENDOCINO CA 3693 | 01/04 | 16.94 |
| PYMT TO VZWRLSS IVRDEBIT VZWRLSS IVRDEBIT VISW FOLSOM CA 3369 | 01/04 | 169.02 |
| RETURNED DEPOSIT ITEMS | 01/04 | 1,200.00 |
| MERCHANT PAYMENT SAVE MART # 5 195 W PLUMB LANE RENO NV 3369 | 01/05 | 165.07 |
| OVERDRAFT CHARGE | 01/06 | 5.00 |
| NSF ITEM RETURN FEE | 01/07 | 35.00 |
| MERCHANT PAYMENT SAVE MART # 5 195 W PLUMB LANE RENO NV 3369 | 01/08 | 46.91 |
| Purchase CHARTER COMM 888-438-2427 NV 3693 | 01/08 | 85.06 |
| Purchase SIERRA CAR CARE VILLAG RENO NV 3693 | 01/11 | 20.64 |
| Purchase ERICK SCHAT'S BAKKERY BISHOP CA 3693 | 01/11 | 28.89 |
| Purchase HEIDIS CARSON CITY CARSON CITY NV 3693 | 01/11 | 33.16 |
| Purchase BOBBY PAGE DRY CLEANERS RENO NV 3693 | 01/11 | 78.05 |
| MERCHANT PAYMENT STATER 91 42171 BIG BEAR BIG BEAR LAKE CA 3369 | 01/11 | 156.03 |
| MERCHANT PAYMENT CVS 09739 09739--42136 Big Bear B Big Bear Lake CA 3369 | 01/13 | 42.46 |
| MERCHANT PAYMENT STATER 91 42171 BIG BEAR BIG BEAR LAKE CA 3369 | 01/14 | 58.23 |
| CHECK # 1004 - SIERRA PACIFIC P CHECKPAYMT 1004 | 12/29 | 14.87 |
| CHECK # 1006 - AT&T TELCO WEST 000PAYMENT 1006 | 12/30 | 65.32 |
| CHECK # 1011 - SEARS PAYMENT CHECK PYMT 1011 | 01/13 | 175.00 |
| CHECK # 1014 - ECHOSTAR COMMUNI DISHCKPYMT 1014 | 01/14 | 221.26 |
| CHECK # 1015 - Charter Communi CHECK PYMT 1015 | 01/14 | 111.60 |
| CHECK # 4814 - SEARS RETAIL PURCHASE 4814 RENONV | 12/21 | 120.00 |
| CHECK # 4815 - Waste Management CHECK PYMT 4815 | 12/23 | 74.45 |
| CHECK # 4819 - City of Reno PAYMENT 4819 | 12/29 | 72.21 |
| CHECK # 4821 - HOME DEPOT CR SV CHECK PYMT 4821 | 12/28 | 100.00 |
| CHECK # 4822 - ECHOSTAR COMMUNI DISHCKPYMT 4822 | 12/28 | 19.99 |
| CHECK # 4825 - GOLDEN STATE WTR CHECKPAYMT 4825 | 12/24 | 31.98 |

```
                    * * * C O N T I N U E D * * *
```

```
             008 00001 01                    PAGE:    3
             ACCOUNT:         71008114  01/15/2010
             DOCUMENTS:            23
```

JOSEPH W ARRIOLA

```
================================================================================
                  ACHIEVERS CHECKING ACCOUNT 71008114
================================================================================
```

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
************************************************************************
*                                                                      *
*                              TOTAL FOR          TOTAL                *
*                             THIS PERIOD     YEAR TO DATE              *
*                                                                      *
* TOTAL OVERDRAFT FEES:             5.00             5.00               *
* TOTAL RETURNED ITEM FEES:        35.00            35.00               *
************************************************************************
```

### - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/18 | 1,913.41 | 12/29 | 1,284.65 | 01/07 | 1,370.50 |
| 12/21 | 1,793.41 | 12/30 | 632.17 | 01/08 | 2,656.45 |
| 12/22 | 2,793.41 | 12/31 | 1,771.53 | 01/11 | 2,339.68 |
| 12/23 | 2,102.25 | 01/04 | 375.57 | 01/13 | 1,786.77 |
| 12/24 | 2,049.31 | 01/05 | 210.50 | 01/14 | 1,395.68 |
| 12/28 | 1,807.39 | 01/06 | 205.50 | 01/15 | 2,695.68 |

### - END OF STATEMENT -

1001 - $60.64 - 12/31/2009 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1001
94-396/1212
01
12-22-09
Pay to the Order of   D W P              $ 60 64
Sixty and 64/100                         Dollars
FIRST INDEPENDENT
For Acc# 033939-000
⑈121 20 206 2⑈   ⑈71008114⑈ 1001

1009 - $42.04 - 01/08/2010 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1009
94-396/1212
01
Jan. 1, 2010
Pay to the Order of   Southwest Gas Corp.    $ 42.04
Fourty two and 04/100                        Dollars
FIRST INDEPENDENT
For  Magurita
⑈121 20 206 2⑈   ⑈71008114⑈ 1009   ⑈00000042 04⑈

1002 - $12.15 - 12/30/2009 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1002
94-396/1212
01
12-22-09
Pay to the Order of  Western Marine Ins Services Inc  $ 12.15
Twelve and 15/100                        Dollars
FIRST INDEPENDENT
For Acc# A0001 f001
⑈121 20 206 2⑈   ⑈71008114⑈ 1002

1010 - $596.00 - 01/06/2010 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1010
94-396/1212
01
Jan. 1, 2010
Pay to the Order of  Evergreen             $ 596 00
Five hundred ninety six + 00/100         Dollars
FIRST INDEPENDENT
For Idlewild  1625200
⑈121 20 206 2⑈   ⑈71008114⑈ 1010

1003 - $40.22 - 12/29/2009 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1003
94-396/1212
01
12-22-09
Pay to the Order of  P G & E             $ 40 22
Fourty and 22/100                        Dollars
FIRST INDEPENDENT
For Acc 5342402872-0
⑈121 20 206 2⑈   ⑈71008114⑈ 1003

1012 - $203.43 - 01/13/2010 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1012
94-396/1212
01
9460404
Jan. 8, 2010
Pay to the Order of  Reliance Propane      $ 203 43
Two hundred three + 43/100               Dollars
FIRST INDEPENDENT
For
⑈121 20 206 2⑈   ⑈71008114⑈ 1012

1005 - $67.01 - 12/29/2009 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1005
94-396/1213
01
12-23-09
Pay to the Order of  P G & E             $ 67 01
Sixty seven and 01/100                   Dollars
FIRST INDEPENDENT
For Acc# 0230958337-6
⑈121 20 206 2⑈   ⑈71008114⑈ 1005

1013 - $132.02 - 01/13/2010 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1013
94-396/1212
01
Jan. 8, 2010
Pay to the Order of  P. G. & E           $ 132.02
One hundred thirty two + 02/100          Dollars
FIRST INDEPENDENT
For
⑈121 20 206 2⑈   ⑈71008114⑈ 1013

1007 - $362.58 - 12/30/2009 -

JOSEPH W ARRIOLA
2855 IDLEWILD DRIVE #118
RENO, NV 89509
1007
94-396/1212
01
12-23-09
Pay to the Order of  Washoe County Treasurer   $ 362 58
Three Hundred sixty two and 58/100       Dollars
FIRST INDEPENDENT
For Pcl 01053509
⑈121 20 206 2⑈   ⑈71008114⑈ 1007

4806 - $354.69 - 12/18/2009 -

NAME J.W. Arriola
ACCOUNT NO. 71008114   DATE 12-9-09
4806
94-396/1212
PAY TO THE ORDER OF  Idlewild River Front 1 Assoc.   $ 354 69
Three Hundred fifty four and 69/100      DOLLARS
FIRST INDEPENDENT
For 118  Assc. Fee
⑈121 20 206 2⑈ 4806   ⑈71008114⑈

4813 - $198.26 - 12/23/2009 -

NAME J.W. Arriola                                          4813
ACCOUNT NO. 71008114          DATE Dec. 16, 2009

PAY TO THE ORDER OF RELIANCE                          $ 198.26
One hundred ninety eight + 26/100 DOLLARS

FIRST INDEPENDENT

MEMO G4L406

⑆121202062⑆4813 ?1008114?

4816 - $172.42 - 12/23/2009 -

NAME J.W. Arriola                                         4816
ACCOUNT NO. 71008114          DATE Dec. 16, 2009

PAY TO THE ORDER OF Dept. of. Water - DWP             $ 172.42
One hundred seventy two + 42/100 DOLLARS

FIRST INDEPENDENT

MEMO

⑆121202062⑆4816 ?1008114?

4817 - $150.00 - 12/23/2009 -

NAME J.W. Arriola                                         4817
ACCOUNT NO. 71008114          DATE Dec. 16, 2009

PAY TO THE ORDER OF KEM GAS                           $ 150.00
One hundred fifty + 00/100 DOLLARS

FIRST INDEPENDENT

MEMO

⑆121202062⑆4817 ?1008114? /000015000/

4818 - $55.00 - 12/29/2009 -

NAME J.W. Arriola                                         4818
ACCOUNT NO. 71008114          DATE 12-18-09

PAY TO THE ORDER OF NV Department of wildlife          $ 55.00
Fifty five and 00/100 DOLLARS

FIRST INDEPENDENT

MEMO NVLGORV

⑆121202062⑆4818 ?1008114?

4820 - $40.04 - 01/08/2010 -

NAME J.W. Arriola                                         4820
ACCOUNT NO. 71008114          DATE 12-18-09

PAY TO THE ORDER OF Big Bear City Community Service Dist.  $ 40.04
Forty and 04/100 DOLLARS

FIRST INDEPENDENT

MEMO 000-0093-998

⑆121202062⑆4820 ?1008114? /000000040004/

4823 - $121.93 - 12/28/2009 -

NAME J.W. Arriola                                         4823
ACCOUNT NO. 71008114          DATE 12-18-09

PAY TO THE ORDER OF South Tahoe Refuse Co., Inc       $ 121.93
One Hundred twenty one And 93/100 DOLLARS

FIRST INDEPENDENT

MEMO Acct# 005118208L

⑆121202062⑆4823 ?1008114?

4824 - $20.96 - 12/24/2009 -

NAME J.W. Arriola                                         4824
ACCOUNT NO. 71008114          DATE 12-18-09

PAY TO THE ORDER OF P G & E                            $ 20.96
Twenty and 96/100 DOLLARS

FIRST INDEPENDENT

MEMO Acct# 7533258392-9

⑆121202062⑆4824 ?1008114?