1  ALAN R. SMITH, ESQ.
   Nevada Bar No. 1449
2  Law Offices of Alan R. Smith
   505 Ridge Street                              **ELECTRONICALLY FILED**
3  Reno, Nevada  89501                           **March 2, 2010**
   Telephone (775) 786-4579
4  Facsimile (775) 786-3066
   *Email:* *mail@asmithlaw.com*
5
   Attorney for Debtor
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                           DISTRICT OF NEVADA

10                              —ooOoo—

11 In Re:                                  Case No. BK-N-09-53905-GWZ
                                           Chapter 11
12 JOSEPH W. ARRIOLA, aka
   WAYNE ARRIOLA, dba                     **MOTION FOR EXTENSION OF
13 AMERICAN DETAIL AND BUMPER              DEBTOR'S EXCLUSIVE TIME
   REPAIR, fdba AMERICAN                   PERIODS TO FILE AND OBTAIN
14 FIBREGLASS AND AUTO BODY,               CONFIRMATION OF HIS PLAN
                                           OF REORGANIZATION**
15
              Debtor.                      Hearing Date:  April 21, 2010
16 _____/        Hearing Time: 10:00 a.m.

17         Debtor, JOSEPH W. ARRIOLA (the "Debtor"), through its counsel, Alan R. Smith,

18 Esq., of the Law Offices of Alan R. Smith, respectfully represents as follows:

19         1.     On November 2, 2009, Debtor filed his voluntary petition under Chapter 11 of

20 the Bankruptcy Code, and continues to operate as a debtor-in-possession.  The Debtor is the

21 50% equity security owner of another Chapter 11 debtor-in-possession (Pro Body & Frame,

22 Case No. 09-52900 filed August 25, 2009) and other automobile repair businesses, plus owns

23 numerous residential and commercial real properties in Nevada and California.

24         2.     The 120-day period during which the Debtor may file a plan of reorganization

25 expires on March 2, 2010.  By this Motion, the Debtor requests a ninety-day extension of his

26 exclusivity period, to June 1, 2010.  Debtor also seeks a corresponding extension of the time

27 period to obtain confirmation of a proposed plan of reorganization.

28         3.     The 90-day extension of time requested herein is necessary because Debtor's

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Arriola\Mot Ext Excl Period 030210.wpd

1  attorney, Alan R. Smith, Esq., recently has been substituted in as counsel for the Debtor Pro
2  Body & Frame, Inc.  Alan R. Smith, Esq. will be filing a motion to request the two Chapter
3  11 cases be jointly administered, and if approved, proposing and filing a joint plan of
4  reorganization for the two debtors.  Because of this, Debtor needs further time for obtaining
5  approval of the joint administration of the two cases, and then preparing adequate
6  information and plan of reorganization for the two debtors. (The Court has also set a hearing
7  date and time for the Motion for Joint Administration for April 21, 2010, at 10:00 a.m.)
8  Debtor is proceeding diligently in his efforts, and believes it will be able to formulate an
9  acceptable plan of reorganization within the extension of time requested herein.

10       4.       The request set forth herein is Debtor's first request for an extension of time
11  in which to file a plan.  It is believed that an extension of 90 days to file the plan will be
12  necessary.  Debtor would also request an extension of the exclusivity period to obtain
13  confirmation of his filed plan of reorganization.  Section 1121(d) of the Bankruptcy Code
14  authorizes the Court to grant an extension of the exclusive time period for filing and
15  obtaining confirmation of a debtor's plan, assuming cause is shown therefor. Debtor believes
16  that cause is indicated.

17       WHEREFORE, Debtor respectfully requests this Court enter its Order extending the
18  120-day exclusive time period to file his plan of reorganization, more specifically, from
19  March 2, 2010, to and including June 1, 2010, and further that a 90-day extension also be
20  granted for the corresponding exclusive period for obtaining confirmation of Debtor's filed
21  plan of reorganization.

22       **DATED** this 2nd day of March, 2010.

23                                          LAW OFFICES OF ALAN R. SMITH

24                                          By:____*/s/ Alan R. Smith*____
                                                ALAN R. SMITH, ESQ.
25                                              Attorney for Debtor

26
27
28

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\Arriola\Mot Ext Excl Period 030210.wpd        - 2 -