**Entered on Docket**
**July 20, 2010**

HON JOHN L PETERSON
U.S. BANKRUPTCY JUDGE

MICHAEL LEHNERS, ESQ.
429 MARSH AVENUE
RENO, NEVADA 89509
BAR NO. 003331
(775) 786-1695
Attorney for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.: 09-53905 |
| | CASE NO.: 09-52900 |
| JOSEPH W. ARRIOLA, SR., | (Chapter 11) |
| et. al., | |
| | [Under Joint Administration] |
| Debtor. | |
| _____/ | HRG. DATE: 6/23/2010 |
| | AND TIME:. 10:00 a.m. |

**ORDER**

This matter having come before this court on a Motion for Stay Relief filed by Secured Creditors Mark and Lisle Arnold. Michael Lehners, Esq., appearing on behalf of the Secured Creditor and Alan Smith, Esq., appearing on behalf of the Debtor. Having reviewed the motion and responsive pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that the Debtor is to commence making

1  monthly payments of $1500.00 to Secured Creditor starting in July of 2010.
2  Said payments are to be sent to Secured Creditor in care of their service
3  provider, FCI Lender Services, Inc., at P. O. Box 27370, Anaheim, California
4  92809-0112. Each payment is due by the 1st day of each month.
5
6
7  Submitted by:
8
9
10 _____
   Michael Lehners, Esq.
11 Attorney for Movant
12
13 Approved/Disapproved
   this _____ day of _____, 2010.
14
15  /see attached/
   _____
16 Alan Smith, Esq.
17 Attorney for Debtor.
18
19
20                    # # #
21
22
23
24
25
26
27
28

1  monthly payments of $1500.00 to Secured Creditor starting in July of 2010.
2  Said payments are to be sent to Secured Creditor in care of their service
3  provider, FCI Lender Services, Inc., at P. O. Box 27370, Anaheim, California
4  
5  92809-0112. Each payment is due by the 1st day of each month.
6
7  Submitted by:
8
9
10  _____
    Michael Lehners, Esq.
11  Attorney for Movant
12
13  Approved/Disapproved
    this 1st day of July, 2010.
14
15  _____
16  Alan Smith, Esq.
    Attorney for Debtor.
17
18
19                          # # #
20