**ORDER DENIED**

**Entered on Docket**
**April 25, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Submitted by:
ALAN R. SMITH, ESQ., #1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone: (775) 786-4579
Facsimile: (775) 786-3066
email: mail@asmithlaw.com

*Electronically Lodged: April 22, 2011*

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>JOSEPH W. ARRIOLA, aka WAYNE ARRIOLA, dba AMERICAN DETAIL AND BUMPER REPAIR, fdba AMERICAN FIBREGLASS AND AUTO BODY,<br><br>PRO BODY AND FRAME, INC., a Nevada corporation,<br><br>        Debtors.<br>_____/ | Case No. BK-N-09-53905-GWZ (Lead)<br>Case No. BK-N-09-52900-GWZ<br>Chapter 11 Cases<br><br>[Joint Administration]<br><br>**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY [3990 Forest Dr., Big Bear Lake, CA 92315]**<br><br>Hearing Date:   April 19, 2011<br>Hearing Time:   10:00 a.m. |

     The Motion For Relief From Automatic Stay ("Stay Motion") [Docket #130] filed by Wells Fargo Bank, N.A. on January 25, 2011, having come on for hearing on April 19, 2011, at 10:00 a.m., Alan R. Smith, Esq., appearing on behalf of the Debtors, and no other appearances having been made,

     The Court having considered the Stay Motion and good cause appearing;

..........

..........

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Arriola\MRS (Big Bear CA)\Order MRS [Denying] 042211-rmb.wpd

1   **IT IS HEREBY ORDERED** that the Motion For Relief From Automatic Stay is
2   **DENIED**.
3   PREPARED AND SUBMITTED BY:
4   In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

☐   The Court has waived the requirement of approval under LR 9021(b)(1).

■   No party appeared at the hearing or filed an objection to the motion.

☐   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below  [*list each party and whether the party has approved, disapproved, or failed to respond to the document*];

☐   I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

RESPECTFULLY SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH

By:     */s/ Alan R. Smith*
        ALAN R. SMITH, ESQ.
        Attorney for Debtors

###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Arriola\MRS (Big Bear CA)\Order MRS [Denying] 042211-rmb.wpd   - 2 -