TIFFANY & BOSCO, PA
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
**Attorney for Secured Creditor**

Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc.Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR-4
11-70025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Bk Case Number: 09-53905-gwz |
|---|---|
| | Chapter 11 |
| Joseph W. Arriola, Sr. aka Wayne Arriola fdba American Fibreglass and Auto Body dba American Detail and Bumper Repair, and Pro Body And Frame, Inc. | RENEWED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | HEARING DATE: 5/31//2011 |
| | HEARING TIME: 10:00 am |
| Debtors. | ESTIMATED TIME: 5 Minutes |

TO THE HONORABLE GREGG W. ZIVE, THE DEBTORS, DEBTORS' ATTORNEY OF RECORD AND THE CHAPTER 11 TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on the 31st day of May, 2011 at 10:00 am before United States Bankruptcy Judge, the Honorable Gregg W. Zive, in Courtroom 1, located at The Clifton Young Federal Building, 300 Booth Street, Reno, Nevada. Wells Fargo Bank, N.A., its assignees and/or successors in interest its successors and assigns ("Movant"), has filed its Motion on May 4, 2010. Secured Creditor is re-noticing all parties, pursuant to 11 U.S.C. §362(d), for an order terminating the automatic stay, to allow Movant to proceed with its non-bankruptcy remedies, including, but not limited to foreclosure upon obtaining possession of and selling the subject real property located at 39900 Forest Drive, Big Bear Lake, CA 92315 (the "subject real property").

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9014(d)(1) requires that any opposition to a motion must be filed and service completed upon the Movant not more than fourteen (14) days after service of the motion. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

☐   The court may *refuse to allow you to speak* at the scheduled hearing; and

☐   The court may *rule against you* without formally calling the matter at the hearing

DATED: _____

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

TIFFANY & BOSCO, PA
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc.Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR-4
11-70025

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-53905-gwz |
|---|---|
| Joseph W. Arriola, Sr. aka Wayne Arriola fdba American Fibreglass and Auto Body dba American Detail and Bumper Repair, and Pro Body And Frame, Inc. Debtors. | Date: 5/31/2011 Time: 10:00 am  Chapter 11 |

## CERTIFICATE OF MAILING

1. On  4/27/11  I served the following documents(s):

RENEWED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

X   a. ECF System

   Alan R. Smith
   mail@asmithlaw.com
   Attorney for Debtors

X   b. United States mail, postage fully prepaid:

   Alan R. Smith
   505 Ridge Street
   Reno, NV 89501
   Attorney for Debtors

Pro Body And Frame, Inc.
970 Bible Way
Reno, NV 89502
Joint Admin Debtor

Wells Fargo Bank
C/O Sarah V. Carrasco, Esq.
Attn: Managing Agent
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
"Via Certified Mail"

BAC Home Loans Servicing
Attn: Managing Agent
Po Box 10287
Van Nuys, CA 91410-0287
"Via Certified Mail"

Nevada Dept Of Taxation
Attn: Managing Agent
1550 College Parkway,
No. 115
Carson City, NV 89706

R.C. Willey
Attn: Managing Agent
Po Box 65320
Salt Lake City, UT 84165

Hsbc Retail Service
Attn: Managing Agent
Po Box 15521
Wilmington, DE 19850
"Via Certified Mail"

Renown South Medical Center
Attn: Managing Agent
850 Harvard Way
Reno, NV 89502-2055

Internal Revenue Service
Attn: Managing Agent
Po Box 21126
Philadelphia, PA 19114


B&P Collection Service
Attn: Managing Agent
Po Box 872
Reno, NV 89504-0872


Sierra Pathology Assoc.
Attn: Managing Agent
Po Box 3947
Reno, NV 89505


Associated Anesthesiologists
Attn: Managing Agent
300 So. Arlington Avenue
Reno, NV 89501


No. Nev Emergency Physicians
Attn: Managing Agent
1155 Mill Street
Reno, NV 89502


No. Nev Emergency Physician
National Business Factors
Attn: Managing Agent
969 Mica Drive
Carson City, NV 89705


Urology Nevada, Ltc.
Attn: Managing Agent
1500 E. Second Street Suite 300
Reno, NV 89502-1198

```
       Advanced Orthopedics
       Attn: Managing Agent
       689 Sierra Rose Drive Suite B
       Reno, NV 89511


       Pacific Medical
       Attn: Managing Agent
       File 31026, Po Box 60000
       San Francisco, CA 94160


       Reno Radiological Assoc.
       Attn: Managing Agent
       Po Box 30034
       Reno, NV 89520-3034


       Joseph W. Arriola, Sr.
       970 Bible Way
       Reno, NV 89502
       Debtor
```

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office. **N/A**

☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. **N/A**

☐ **d. By direct mail (as opposed to through the ECF System)**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 4/27/11        By: *[signature]*